**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02530-KLM

KAABOOWORKS SERVICES, LLC,
                Plaintiff,

v.

BRIAN PILSL,
                Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**

---

      Plaintiff KAABOOWorks Services, LLC, by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, submits the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

      KAABOOWorks Services, LLC is a non-governmental limited liability corporation that is privately held and has no publically held corporation owning 10% or more of its stock.

Dated: October 25, 2017          Respectfully Submitted,

                              By:  */s/ Ian R. Rainey*
                                  Ian R. Rainey,
                                  LEWIS BRISBOIS BISGAARD & SMITH LLP
                                  1700 Lincoln Street, Suite 4000
                                  Denver, Colorado 80203
                                  303.861.7760
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on this this 25th day of October 2017, I presented the foregoing **Corporate Disclosure Statement** to the Clerk of the Court for filing and uploading to the CM/ECF system.

                */s/ Ian R. Rainey*
                Ian R. Rainey