# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02530-KLM

KAABOOWORKS SERVICES, LLC,

    Plaintiff,

v.

BRIAN PILSL,

    Defendant.

_____

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCIVR 3.2, Plaintiff KAABOOWORKS SERVICES, LLC ("KAABOO") hereby gives notice that the present action is related to the following pending actions involving the same common facts and claims.

1. *KAABOOWORKS SERVICES, LLC v. Brian Wingerd,* Case No. 1:17-cv-02533-PAB-STV (D. Colo.)

2. *KAABOOWORKS SERVICES, LLC v. Sarah Pilsl,* Case No. 8:17-cv-02491-MSS-AAS (M.D. Fla.)

Dated: November 15, 2017    Respectfully Submitted,

    By: s/ *Ian R. Rainey*
    Ian R. Rainey
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    1700 Lincoln Street, Suite 4000
    Denver, Colorado 80203
    (303) 861-7760

    Attorneys for KAABOOWORKS SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this this 15th day of November 2017, I presented the foregoing **NOTICE OF RELATED CASES** to the Clerk of the Court for filing and uploading to the CM/ECF.

*Ian R. Rainey*
Ian R. Rainey

4819-3183-7013.1