**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Alfred A. Arraj United States Courthouse**
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**                                                    TELEPHONE:  (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE                                    TELECOPIER:  (303)335-2178


# M E M O R A N D U M

**TO:**        Jeffrey P. Colwell, Clerk
              Attn: Senior Judge Team

**FROM:**      Judge Wiley Y. Daniel

**DATE:**      February 1, 2018

**RE:**        Civil Action No. **17-cv-02530-WYD**
              **KAABOOWORKS SERVICES, LLC v. BRIAN PILSL**

        Exercising my prerogative as a Senior Judge, I request that this civil
action be reassigned.