UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC
　　Plaintiff,

v.

BRIAN PILSL
　　Defendant.

---

ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

　　Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

　　By submitting this proposed order, the Defendant is not waiving and continues to challenge personal jurisdiction in the above-styled action.

By: /s/ Jon J. Olafson
　　Jon J. Olafson
　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　1700 Lincoln Street, Suite 4000
　　Denver, Colorado 80203
　　Jon.Olafson@lewisbrisbois.com
　　*Attorneys for Plaintiff*

By: /s/ Daniel W. Anderson
　　Daniel William Anderson
　　Anderson Law Group
　　13577 Feather Sound Drive, Suite 500
　　Clearwater, FL 33762
　　danderson@floridalawpartners.com
　　eserve@floridalawpartners.com
　　*Attorneys for Defendant*

**SO ORDERED**

Dated: March 9, 2018

　　　　　　　　　　　　　　　　　　　　
Hon. Kristen L. Mix
United States Magistrate Judge

4823-0188-2462.1