IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC,

    Plaintiff,

v.

BRIAN PILSL,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Refiled and Redacted Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and (6)** [#54] (the "Redacted Motion") and on Defendant's **Request for a Protective Order to Stay Discovery** [#61] (the "Motion to Stay"). Plaintiff filed a Response [#63] in opposition to the Motion to Stay [#61]. The only reason provided in Defendant's request for a stay is the pendency of Defendant's Motion to Dismiss [#21]. However, given that the undersigned has issued a Recommendation [#65] that the Motion to Dismiss [#21] be denied,

    IT IS HEREBY **ORDERED** that the Motion to Stay [#61] is **DENIED**.

    Further, given that the Redacted Motion [#54] was simply a redacted version of the Motion to Dismiss [#21] on which the Court has already issued a Recommendation [#65], and given that the Redacted Motion [#54] never should have received its own "gavel" on the electronic docket,

    IT IS FURTHER **ORDERED** that the Clerk of Court shall remove the "gavel" on the electronic docket with respect to the Redacted Motion [#54].

    Dated: June 21, 2018