UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(Denver)

Case No.: 1:17-cv-02530-CMA-KLM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 JUN 29 PM 4:03

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

KAABOOWORKS SERVICES, LLC,

    Plaintiff,

vs.

BRIAN PILSL,

    Defendant.

_____/

## DEFENDANT'S NOTE TO COMPLY WITH STATUS REPORT DEADLINE

I wish to notify the Court that on Monday, June 25, 2018 at 11:59am local time, I emailed the attorney for the Plaintiff requesting that we confer regarding the Joint Status Report due today, June 29, 2018. I have not received a response from the Plaintiff and have not received a response from the Plaintiff's attorney.

In addition, I also called the Chambers of Magistrate Judge Mix on June 28 to inquire as to my obligations regarding this deadline.

I am submitting this note to show that as a pro se Defendant, I am cognizant of the deadlines of this litigation, I am aware of the importance of the scheduling and made a proactive effort to communicate with the attorney for the Plaintiff.

Respectfully submitted this day, June 29, 2018:

*Brian Pilsl*
Brian Pilsl

Defendant, pro se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that a copy of this document was filed in person at the Clerk of the Court, United States District Court, District of Colorado on this 29th day of June, 2018, and have mailed a copy to:**

By: *Brian Pilsl*
Brian Pilsl, Defendant, pro se

## SERVICE LIST

LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for Plaintiff KAABOOWorks Services, LLC
Jon Olafson
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203