IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC,

   Plaintiff,

v.

BRIAN PILSL,

   Defendant.

---

### ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE KRISTEN L. MIX

---

This matter is before the Court on the June 14, 2018, Recommendation by United States Magistrate Judge Kristen L. Mix, wherein she recommends that this Court grant in part and deny in part Defendant Brian Pilsl's Motion to Dismiss (Doc. # 21). (Doc. # 65.)  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 65 at 15–16.)  Despite this advisement, no objections to Magistrate Judge Mix's Recommendation have been filed by either party.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports.  In the absence of timely objection, the

district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

After reviewing the Recommendation of Magistrate Judge Mix, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).  Accordingly, the Court ORDERS as follows:

1. The Report and Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 65) is AFFIRMED and ADOPTED as an Order of this Court.
2. Defendant's Motion to Dismiss (Doc. # 21) is GRANTED IN PART and DENIED IN PART as follows.  It is:
   a. DENIED to the extent Defendant moves pursuant to Rule 12(b)(2), and
   b. GRANTED IN PART and DENIED IN PART to the extent Defendant moves pursuant to Rule 12(b)(6), as follows.  It is:
      i. GRANTED with respect to Plaintiff's request for damages for Count I only under Colo. Rev. Stat. § 7–74–103.  That request is DISMISSED WITHOUT PREJUDICE;
      ii. DENIED with respect to Plaintiff's request for injunctive relief related to Count I;

      iii. DENIED with respect to Count II; and

      iv. DENIED with respect to Count III.

DATED: July 5, 2018            BY THE COURT:

                                  *[Signature: Christine M. Arguello]*

                                  CHRISTINE M. ARGUELLO
                                  United States District Judge