**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC

    Plaintiff,

v.

BRIAN PILSL

    Defendant.

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's February 16, 2018 Courtroom Minutes for Telephonic Rule 16(b) Scheduling Conference (Dkt 45) and February 16, 2018 Addendum to Scheduling Order (Dkt 46), Plaintiff KAABOOWorks Services, LLC hereby files this Status Report detailing its efforts to settle the case, as follows:

1. The parties previously attempted to informally negotiate the issues between them in February and March, 2018, but no resolution was reached.

2. Undersigned counsel for Plaintiff and Defendant conferred by email on July 2, 2018 for the purpose of filing this Report and determining whether settlement discussions could be renewed.

3. The parties still are not able to agree as to settlement terms, and ongoing settlement efforts would not be fruitful at this time.

4.     On July 5, 2018, Defendant Pilsl communicated to Plaintiff's counsel that he would not agree to file this report jointly with Plaintiff for the reason that the June 29, 2018 deadline had already passed. Therefore, Plaintiff submits this report to the Court on its own behalf.

DATED: July 5, 2018        Respectfully submitted,

By: */s/ Kayla D. Dreyer*
Kayla D. Dreyer
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
(303) 861-7760
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, a true and correct copy of the **Plaintiff's Status Report** was filed with the Court using the CM/ECF system, and served via Email to the individual below:

Brian Pilsl
11213 Green Park Circle
Tampa, FL 33626
brianpilsl@gmail.com
*Pro Se Defendant*

*/s/ Kayla D. Dreyer*

4833-7758-2188.3