August 15, 2018

CLERK OF THE COURT
United States District Court
District of Colorado
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 20 2018

JEFFREY P. COLWELL
CLERK

Civil Action Number: 1:17-cv-02530-CMA-KLM

**Notice of Contact Information**

To Whom It May Concern:

I am a pro se Defendant in this case and am filing this as an official notice of my new mailing address.

Brian Pilsl
4400 N Scottsdale Road
STE 9-528
Scottsdale, AZ 85251
(M) 305-619-5129
brianpilsl@gmail.com

Thank you,

Brian Pilsl

Copy Also Mailed To:
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorneys for Plaintiff KAABOOWorks Services, LLC
Jon Olafson
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203