FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**UNITED STATES DISTRICT COURT** 2018 OCT 22  PM 2: 17
**DISTRICT OF COLORADO**

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:17-cv-02530-CMA-KLM

BY_____DEP. CLK

**KAABOOWORKS SERVICES, LLC**
　　　　　　　Plaintiff

v.

**BRIAN PILSL**
　　　　　　　Defendant

---

## DEFENDANT'S UNOPPOSED MOTION
## FOR APPOINTMENT OF COUNSEL

---

　　　　Defendant, BRIAN PILSL, hereby submits Defendant's unopposed Motion for appointment of counsel and respectfully asks this honorable Court to grant this Motion. Defendant states in support as follows:

　　　　Under the Court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this Court may enter an Appointment Order authorizing appointment by the clerk of a member of the Court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

　　(1) The nature and complexity of the action against me as well as the complexity of
　　　　　appearing unrepresented at the Preliminary Injunction Hearing;

　　(2) The merit of my defenses as an unrepresented party;

　　(3) The demonstrated inability of me to retain an attorney by other means; and

　　(4)  The degree to which the interests of justice will be served by appointment of counsel.

　　　　I am aware that I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed under the law and the rules of procedure, local rules, and the

practice of standards of this Court until appointed counsel formally enters an appearance in this case.

I also confirm that I understand that, in the event this Motion is granted, there is no guarantee that appointment of counsel results in an attorney automatically entering an appearance in this case – only that a member of the Civil Pro Bono Panel will review the case for possible representation.

I understand that counsel's limited representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with counsel for the Plaintiff in good faith regarding this Motion and that Plaintiff is not opposing this Motion.

For these reasons, I respectfully request that the Court grant this Motion for appointment of counsel for the purpose of limited representation to assist me in preparation for the upcoming Preliminary Injunction Hearing as well as appearing at the Hearing.

**Dated: October 22, 2018**

**Respectfully Submitted,
Brian Pilsl Defendant, pro se**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2018, the foregoing DEFENDANT'S

UNOPPOSED MOTION FOR APOINTMENT OF COUNSEL  was filed with the Clerk of the

Court, United States District Court, District of Colorado and a copy mailed to the individual

listed below:


Jon Olafson
Lewis Brisbois
1700 Lincoln Street
Suite 4000
Denver, Colorado 80203


By: *Brian Pilsl*
_____

Defendant, pro se