## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC

      Plaintiff,

v.

BRIAN PILSL

      Defendant.

---

## NOTICE OF PRELIMINARY INJUNCTION BOND

---

Pursuant to Order on Plaintiff's Motion for Preliminary Injunction [Dkt 95] and Fed.R.Civ.P. 65(c), the Court ordered Plaintiff, KAABOOWorks Services, LLC ("KAABOOWorks") to give security in the amount of $5,000.00 by depositing those monies into the registry of the Court or by obtaining a validly issued bond.

KAABOOWorks hereby submits their Preliminary Injunction Bond from The Hartford Fire Insurance Company in the amount of $5,000.00, along with Power of Attorney, to be entered into the registry of the Court.

Date: November 20, 2018

            Respectfully Submitted,

            LEWIS BRISBOIS BISGAARD & SMITH LLP

By */s/ Jon J. Olafson*
    Jon J. Olafson
    Kayla D. Dreyer
    Ian R. Rainey
    1700 Lincoln Street, Suite 4000
    Denver, Colorado 80203
    Telephone: 303.861.7760
    jon.olafson@lewisbrisbois.com

kayla.dreyer@lewisbrisbois.com
ian.rainey@lewisbrisbois.com
*Attorneys for Plaintiff KAABOOWorks Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, I electronically filed the foregoing **NOTICE OF PRELIMINARY INJUNCTION BOND** with the Clerk of the Court using the CM/ECF system, and I will send notification via email of such filing to the individuals below.

Brian Pilsl
7025 E Via Soleri Drive, Unit 1033
Scottsdale, AZ 85251
brianpilsl@gmail.com
Cell: (305) 619-5129
*Pro Se Defendant*

*/s/ Jon J. Olafson* _____