IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC,

    Plaintiff,

v.

BRIAN PILSL,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Extension of Time to Answer, Plead or Otherwise Respond to Plaintiff's Amended Complaint for Injunctive Relief and Damages** [#102] (the "Motion"). Although Defendant's deadline for filing an answer to Plaintiff's Amended Complaint for Injunctive Relief and Damages [#88] was November 9, 2018, the Court finds that Defendant, who proceeds pro se, has demonstrated excusable neglect for his delay to warrant an extension. *See* Fed. R. Civ. P. 6(b)(1)(B).[1] Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#102] is **GRANTED**. Defendant shall file an answer or otherwise respond to Plaintiff's Amended Complaint for Injunctive Relief and Damages [#88] on or before **January 8, 2019**. **Absent extraordinary circumstances, no further extension of time will be permitted.**

    Dated: December 14, 2018

---

[1] Although Plaintiff has not filed a response to the Motion [#102] and the deadline to do so has not yet passed, the Court may nonetheless rule on the Motion. *See* D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.").