IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02530-CMA-KLM

KAABOOWORKS SERVICES, LLC,

    Plaintiff,

v.

BRIAN PILSL,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Reschedule the Pretrial Conference** [#105] (the "Motion"). The parties seek to reset the December 20, 2018 Final Pretrial Conference two months in the future to provide Defendant additional time to obtain counsel and submit his Answer or otherwise respond to Plaintiff's Amended Complaint for Injunctive Relief and Damages [#88].[1] Finding good cause,

    IT IS HEREBY **ORDERED** that the Motion [#105] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 20, 2018, at 9:30 a.m. is **VACATED** and **RESET** to **February 28, 2019**, at **1:30 p.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **February 21, 2019**. The proposed pretrial order shall be submitted to the Magistrate Judge under the ECF Procedures in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at Mix_Chambers@cod.uscourts.gov.

    Dated: December 14, 2018

---

[1] Defendant's response to Plaintiff's Amended Complaint for Injunctive Relief and Damages [#88] is currently due on or before January 8, 2019. *See Minute Order* [#107]